**Order entered December 30, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01128-CV

## IN RE SAMANTHA DIANN SANFORD, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-18505**

## ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ROBBIE PARTIDA-KIPNESS
JUSTICE